UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


| GREGORY STEPHEN EIDSON | ] | |
| Petitioner, | ] | |
| | ] | |
| v. | ] | No. 3:14-1408 |
| | ] | Judge Sharp |
| SONNY WEATHERFORD, et al. | ] | |
| Respondents. | ] | |


**O R D E R**

The Court is in receipt of a *pro se* prisoner petition (Docket Entry No.1) under 28 U.S.C. § 2254, for writ of habeas corpus.

The Court has conducted a preliminary review of the petition and finds that the petitioner has stated a colorable claim for relief. Rule 4, Rules --- § 2254 Cases.

Accordingly, the respondent shall file an answer, plead or otherwise respond to the petition in conformance with Rule 5, Rules --- § 2254 Cases, within thirty (30) days of the date of entry of this order on the docket.

The response shall state whether this case is a second or successive petition under 28 U.S.C. § 2244 (b)(3)(A). The respondent shall also address the question of whether the petition is timely.

The Clerk is directed to serve a copy of the petition and this order by mail on the respondent and the Attorney General of

Tennessee. Rule 4, Rules --- § 2254 Cases.

It is so ORDERED.

_____
Kevin H. Sharp
United States District Judge